**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 20-81019-CV-MIDDLEBROOKS/Brannon

PABLO Z. FIGUEROA,

      Plaintiff,

v.

INVESTMENTS MANAGEMENT I, LLC
and CALET MARQUEZ,

      Defendants.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice ("Stipulation") (DE 18), filed on November 16, 2020.  The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action.  Accordingly, it is hereby

      **ORDERED and ADJUDGED** that

      (1)  The above-styled action is **DISMISSED WITH PREJUDICE**.

      (2)  The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

      **SIGNED** in Chambers in West Palm Beach, Florida, this 18th day of November, 2020.

Donald M. Middlebrooks
United States District Judge

Copies to:    Counsel of Record